IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DESSIE OWENS                                                                            PLAINTIFF

v.                Civil No. 04-6086

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                    DEFENDANT

## **JUDGMENT**

On this 30th day of March, 2006, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Richard Muse, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees and expenses in the amount of $2,812.00 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

/s/ Bobby E. Shepherd
HONORABLE BOBBY E. SHEPHERD
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)